**Lyndell THOMAS, Petitioner— Appellant,**

v.

**Gary L. WINKLER, Warden, Respondent—Appellee.**

**No. 05–6669.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 29, 2005.

Lyndell Thomas, Appellant Pro Se.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lyndell Thomas, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accord-

ingly, we affirm for the reasons stated by the district court. *See Thomas v. Winkler,* No. CA–04–1003–FL–5 (E.D.N.C. Apr. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*